170 A.3d 946

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MARC KIRKLAND, DEFENDANT–PETITIONER.

September 28, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000114–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 947

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MARK GREEN, A/K/A MARK SCOTT, ALTON GREEN, ALTUR GREEN AND ANTON GREEN, DEFENDANT–PETITIONER.

September 28, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001938–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.